In the Matter of the Will of CLARENCE B. STEVENS, Deceased.

JOHN L. STEVENS, Individually and as Administrator with the Will Annexed of CLARENCE B. STEVENS, Deceased, et al., Respondents; GEORGE E. LEROY et al., Individually and as Executors of SELENA STEVENS, Deceased, et al., Appellants.

(Argued October 2, 1934; decided October 16, 1934.)

*Willis H. Ryder* and *Clayton Ryder* for appellants.

*Harrison T. Slosson, Edwin B. Covey* and *Edward P. Barrett* for respondents.

Order affirmed, with one bill of costs to appellants and respondents payable out of the estate. No opinion. (See 265 N. Y. 526.)

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.